**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 MMM PLAN (Individual Adjustment of Debts)**

☒ **3rd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Juan Silva**   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# **xxx-xx-4258**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **14** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **2,974.61** for months **1** to **1** ;
- B. $ **333.34** for months **2** to **4** ;
- C. $ **1,157.98** for months **5** to **14** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,500.00**   TOTAL PAID $ **1,500.00**
Balance Due $ **3,000.00**   payable $ **300.00** /month (Months **1** to **4** )
payable $ **180.00** /month (Months **5** to **14** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Select Portfolio (Chase)**   Arrearage on Petition Date $ **0.00**
   Address: **PO box 65277; Salt Lake City, UT 65277**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Account No: **xxxxxx3332**
   MMM Payment $ **1,987.15** /month (Months **1** to **1** )

2. **The Cutler Cay HOA, Inc.**   Arrearage on Petition Date $ **0.00**
   Address: **7755 SW 192 Street; Cutler Bay FL 33157**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Account No: _____
   Regular Payment $ **390.00** /month (Months **1** to **1** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **862.18** /month (Months **5** to **14** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**Bmw Financial Services**   Acct# **4001450941**
**Auto Lease**

**Special Intentions:**
**Shadywood Villas, HOA, Inc.: Debtor will pay claim directly.**
**JP Morgan Chase (xxxx8622); Debtor will pay Creditor directly, outside the plan.**
**The cutler cay: Debtor will surrender property to Creditor.**
**Select Portfolio (Chase)(xxxxx3332); Debtor will surrender property to Creditor.**

**The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Juan Silva**
**Juan Silva**
Debtor

Date:  **August 25, 2015**